**Order filed, November 12, 2015.**



In The

# Fourteenth Court of Appeals

———————

**NO. 14-15-00702-CV**

———————

**SHABAHRAM YAZDANI-BEIOKY, Appellant**

**V.**

**ABDEE SHARIFAN, Appellee**

**On Appeal from the 333rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-71319**

## ORDER

The reporter's record in this case was due **October 28, 2015**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Cantrece Addison, Cynthia Berry, Alexandra McMillen, and Sheryl Stapp**, the court reporters, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM